```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611135636
Cashier ID: nuness
Transaction Date: 08/03/2018
Payer Name: Nationwide Legal LLC
---------------------------------------
MISCELLANEOUS PAPERS
 For: Discord Inc.
 Case/Party: D-CAN-3-18-MC-080130-001
 Amount:         $47.00
---------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 5018763
 Amt Tendered: $47.00
---------------------------------------
Total Due:      $47.00
Total Tendered: $47.00
Change Amt:     $0.00

dmr

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: [illegible]
Cashier ID: [illegible]
Transaction Date: [illegible]
Payer Name: Nationwide Legal LLC

MISCELLANEOUS PAPERS
For: [illegible]
Case/Party: [illegible]
Amount: $47.00

CHECK CONVERSION
Check/Money Order Num: [illegible]
Amt Tendered: $47.00

Total Due: $47.00
Total Tendered: $47.00
Change Amt: $0.00

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.